UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
UNITED STATES OF AMERICA

-v-

JACOB GOLDMAN

AZRACK, J.
-----------------------------------------------------------------

**ORDER ACCEPTING PLEA**

CR 04-774 (JMA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 15 2016 ★
LONG ISLAND OFFICE

I adopt the recommendation of Magistrate Judge Brown that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of his rights and the consequences of the plea of which there is a factual basis. I therefore accept the plea of guilty.

SO ORDERED.

s/ Joan M. Azrack

Joan M. Azrack
United States District Judge

Dated: March 15, 2016
Central Islip, NY